IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GORDON FRANKE and JOHN FROST,

                      Plaintiffs,

vs.

JOHN BOYLE, in his capacity as COMMISSIONER of the STATE OF ALASKA, DEPARTMENT OF NATURAL RESOURCES,

                      Defendant.

No. 3:23-cv-0085-HRH

O R D E R

Chambers Copies

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds **50 pages**, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits must be separately identified with readily visible tabs. (See Local Civil Rule 7.3(c)(3) as to conventionally filed exhibits.)

ORDER – Chambers Copies                        - 1 -

Case 3:23-cv-00085-HRH   Document 4   Filed 04/24/23   Page 1 of 2

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this  24th  day of April, 2023.

                                             /s/ H. Russel Holland
                                           United States District Judge